Selma Adair, administratrix of estate of James Adair, deceased, appellee, v. The Alton Railroad Company, appellant. Gen. No. 9,160.

 Opinion filed January 24, 1939. Rehearing denied April 4, 1939.

William L. Patton, for appellant; Silas H. Strawn, of counsel. Roscoe C. Bonjean and S. S. DuHamel, for appellee.

Mr. Justice Fulton delivered the opinion of the court.